UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANET NOLAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:04CV919 FRB |
| ) | |
| CITIFINANCIAL MORTGAGE ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

In accordance with the plaintiffs' Stipulation to Dismissal with Prejudice [Doc. #32],

**IT IS HEREBY ORDERED** that this cause is hereby dismissed with prejudice; each party to bear their own costs.

Dated this 6th day of October, 2005.

*Frederick R. Buckles*
FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE